**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JOE WELFORD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 4:10CV225-DJS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on November 2, 2010, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #21] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to reverse and remand [Doc. #19] is granted.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is reversed and this cause is remanded to the Commissioner for further proceedings pursuant to sentence four of § 405(g) for those reasons set forth in the magistrate judge's report and recommendation.

Dated this ___18th___ day of November, 2010.

/s/ Donald J. Stohr
UNITED STATES DISTRICT JUDGE